# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK SPENCER

NO. 2024 KW 0459

**JULY 29, 2024**

---

In Re:     Patrick S. Spencer, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 17-
           CR10-134103.

---

**BEFORE:     CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the district court's rulings on his motion to correct an
illegal sentence and motion to declare La. R.S. 15:529.1 illegal,
any additional pertinent minute entries and/or transcripts, and
any other portions of the district court record that might support
the claims raised in the writ application. Supplementation of this
writ application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal, Rules
2-18.7 & 4-9. Any future filing on this issue should include the
entire contents of this application, the missing items noted above,
and a copy of this ruling.

**WRC**

**HG**

**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT